**Robert B. BARBER, Appellant,**

v.

**DIRECTOR OF WATER AND POLLUTION CONTROL, Respondent.**

No. 50096.

Missouri Court of Appeals, Western District.

Aug. 29, 1995.

George A. Wheeler, Kansas City, for appellant.

Kathleen Hauser, City Atty., Dorothy L. Campbell, Asst. City Atty., Kansas City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

## *ORDER*

PER CURIAM:

Appeal from termination of employment. Affirmed. Rule 84.16(b).